AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
**NORTHERN DIVISION**

| | |
|---|---|
| STEPHEN KYPRIANIDES )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>PERRY MARTIN, )<br>    Defendant. )<br>) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 2:10-CV-58-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's application to proceed in forma pauperis is GRANTED, and plaintiff's complaint is DISMISSED as frivolous. The Clerk is directed to close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **MARCH 24, 2011** WITH A COPY TO:

Stephen Kyprianides, pro se to P.O. Box 823, Lewiston, NC 27849.


<u>March 24, 2011</u>　　　　　　　　　　　　　　DENNIS P. IAVARONE, Clerk
Date　　　　　　　　　　　　　　　　　　　　　Eastern District of North Carolina

　　　　　　　　　　　　　　　　　　　　　　　<u>/s/ Debby Sawyer　　　　　</u>
　　　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk

Raleigh, North Carolina